\# OF DEFENDANTS: 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| UNITED STATES OF AMERICA | CR. NO.: 2:18-1057 |
|---|---|
| v. | 18 USC § 2 |
|  | 18 USC § 1343 |
| SEALED INDICTMENT | 18 USC § 1346 |
|  | 18 USC § 1349 |
|  | 18 USC § 1952(a)(3) |
|  | 18 USC § 924(d)(1) |
|  | 18 USC § 981(a)(1)(C) |
|  | 28 USC § 2461(c) |



United States Courts
Southern District of Texas
FILED
*February 08, 2019*
David J. Bradley, Clerk of Court

**4:19mj0246**

A ___True___ BILL

FORE██████

The within Indictment was received and sealed by the Court at 4:03 a.m./~~p.m.~~/ on November 20, 2018.

☒ (Single-defendant case only): Upon the arrest of the defendant, it is ordered that the Indictment be unsealed.

☐ (Single and multi-defendant cases): When a named defendant is arrested, the United States Attorney is authorized to disclose an appropriately-redacted copy of the Indictment to the United States Magistrate Judge, that defendant, that defendant's attorney (if any), and the United States Probation Office. The Indictment is to remain sealed until further order of the Court.

All Bench Warrants and any documents related to service are to be issued under seal.

_Paige J. Gossett_
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
November 20, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**EBONYNISHA MONIQUE CASBY** | CRIMINAL NO.: 2:18-1057<br><br>18 U.S.C. §2<br>18 U.S.C. §1343<br>18 U.S.C. §1346<br>18 U.S.C. §1349<br>18 U.S.C. §1952(a)(3)<br>18 U.S.C. §924(d)(1)<br>18 U.S.C. §981(a)(1)(C)<br>28 U.S.C. §2461(c)<br><br>**INDICTMENT** |

THE GRAND JURY CHARGES:

1. While employed as a correctional officer at the South Carolina Department of Corrections, the Defendant, **EBONYNISHA MONIQUE CASBY,** accepted bribes to smuggle contraband into a SCDC facility for inmates.

### COUNT 1
### (Use of Interstate Facility to Facilitate Bribery)

2. From on or about May of 2018 through October 26, 2018, in the District of South Carolina, the Defendant, **EBONYNISHA MONIQUE CASBY,** used a facility in interstate commerce, with intent to promote, establish, carry on, and facilitate unlawful activity; to wit,

   a. bribery in violation of SC Code §8-13-705; that is, Defendant, **EBONYNISHA MONIQUE CASBY**, directly and

1

indirectly, knowingly accepted, received, and agreed to receive something of value as a public official in South Carolina for herself and another in return for being influenced in the discharge of her official responsibilities; and

b. bribery in violation of SC Code §16-9-220; that is, Defendant, **EBONYNISHA MONIQUE CASBY,** corruptly accepted something of value and a promise to supply something of value as an officer in South Carolina for her benefit in exchange for the improper use of the power of her position;

and thereafter performed and attempted to perform an act to promote, establish, carry on, and facilitate the unlawful activity. All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

## COUNT 2
### (Honest Services Wire Fraud Conspiracy)

THE GRAND JURY FURTHER CHARGES:

3. From on or about May of 2018 through October 26, 2018, in the District of South Carolina, the Defendant, **EBONYNISHA MONIQUE CASBY**, and others known and unknown, knowingly did conspire and agree together to devise and intend to devise a scheme and artifice to defraud and deprive South Carolina, and its citizens, of the right to honest and faithful services of **EBONYNISHA MONIQUE**

2

**CASBY** through bribery and to knowingly and intentionally transmit and cause to be transmitted by means of wire communication in interstate commerce signals, signs, and sounds for the purpose of executing such scheme and artifice. All in violation of Title 18, United States Code, Sections 1349, 1346, and 1343.

## FORFEITURE

RACKETEERING/CONSPIRACY:

Upon conviction for violation of Title 18, United States Code, Sections 1343, 1349 and 1952, as charged in this Indictment, the Defendant, **EBONYNISHA MONIQUE CASBY**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation, any property traceable to such property, and any firearms and ammunition involved in or used in the offense.

PROPERTY:

Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), and 28 U.S.C. § 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the violations charged in this Indictment includes, but is not limited to, the following:

> Forfeiture Judgment:
> A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in the Indictment, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to her violation of 18 U.S.C. §§ 1343, 1349 and 1952.

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of the Defendant:

> (1) cannot be located upon the exercise of due diligence;

4

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1) to seek forfeiture of any other property of the said Defendant up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 924(d)(1), and Title 28, United States Code, Section 2461(c).

A _True_ Bill

███████████████
FOREPERSON

_Sherri A. Lydon_
SHERRI A. LYDON (wcl)
UNITED STATES ATTORNEY

5

## US vs. Ebonynisha Monique Casby
## PENALTY SHEET

**18 U.S.C. §1952(a)(3)** – A maximum term of imprisonment of five years, a fine of up to $250,000, and a term of supervised release of not more than three years, plus a special assessment of $100.

**18 U.S.C. §1349** - A maximum term of imprisonment of twenty years, a fine of up to $250,000, and a term of supervised release of not more than three years, plus a special assessment of $100.

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 2:18-1057 |
| | ) |
| v. | ) **ORDER FOR** |
| | ) **BENCH WARRANT** |
| EBONYNISHA MONIQUE CASBY | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, EBONYNISHA MONIQUE CASBY, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
November 20, 2018


SHERRI A. LYDON
UNITED STATES ATTORNEY

By: _____
William C. Lewis (#12076)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
william.c.lewis@usdoj.gov

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18-cr-1057 |
| | ) | |
| EBONYNISHA MONIQUE CASBY | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EBONYNISHA MONIQUE CASBY,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2
Title 18, United States Code, Section 1343
Title 18, United States Code, Section 1346
Title 18, United States Code, Section 1349
Title 18, United States Code, Section 1952(a)(3)

Title 18, United States Code, Section 924(d)(1)
Title 18, United States Code, Section 981(a)(1)(C)
Title 28, United States Code, Section 2461(c)

Date: 11/20/2018

s/Heather Hillman
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state: Columbia, South Carolina

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____